```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
         COUNSEL/PARTIES OF RECORD

           AUG 1 2 2014

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,  )
        Plaintiff,  )
          )
vs.  )   2:13-cr-00252-JAD-PAL-1
          )
WILLIAM OLIVER SMITH,  )
        Defendant.  )   **ORDER**

       On July 10, 2013 the Federal Public Defender was appointed to represent William Oliver Smith. The court has been advised that a conflict exists.

       Accordingly, IT IS HEREBY ORDERED that Shawn R. Perez, is APPOINTED as counsel for William Oliver Smith in place of the Federal Public Defender for all future proceedings. The Federal Public Defender shall forward the file to Mr. Perez forthwith.

       DATED this 12th day of August, 2014. Nunc Pro Tunc: August 1, 2014.

_____
UNITED STATES MAGISTRATE JUDGE