```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

            JUN  2 ʐ

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-252-JAD-(PAL) |
| WILLIAM OLIVER SMITH, aka, HEATH ROBERT GRABE, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO
### WILLIAM OLIVER SMITH, aka, HEATH ROBERT GRABE

On February 26, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) forfeiting property of defendant WILLIAM OLIVER SMITH, aka, HEATH ROBERT GRABE, to the United States of America. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 39; Binding Plea Agreement, ECF No. 40; Preliminary Order of Forfeiture, ECF No. 43.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c), that the Preliminary Order of Forfeiture (ECF No. 43), listing the following assets, is final as to defendant WILLIAM OLIVER SMITH, aka, HEATH ROBERT GRABE:

/ / /

1.   a Smith and Wesson .38 caliber handgun, bearing serial number BPU3551; and

2.   any and all ammunition.

DATED this ___ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE