UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:13-cr-0252-JAD-PAL |
| Plaintiff | |
| v. | **Order Refunding $25 Overpayment** |
| William Oliver Smith, aka Heath Robert Grabe, | [ECF 56] |
| Defendant | |

Defendant William Oliver Smith moves this court for a refund of his $25 overpayment of the $100 assessment fee.[1] The court has confirmed that the assessment was, in fact, overpaid by $25. Accordingly, good cause appearing,

IT IS HEREBY ORDERED THAT Smith's Motion to Refund Overpayment of Assessment Fee **[ECF 56] is GRANTED.**

IT IS FURTHER ORDERED that **the $25 overpayment of the Special Penalty Assessment in case 2:13cr252 be refunded to William O. Smith at:**

**Federal Bureau of Prisons
William O. Smith  48122-048
Post Office Box 474701
Des Moines, IOWA  50947-0001.**

Dated this 8th day of January, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 56.