# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM OLIVER SMITH,<br><br>          Defendant. | Case No. 2:13-cr-00252-JAD-PAL<br><br>ORDER<br><br>ECF No. 74 |

     IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to March 25, 2022, and the Government will have 14 days from the day the Supplement is filed, to file a response.

     DATED this 1st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE